IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PETE MCMANUS,**

    Plaintiff,

vs.                            CASE NO. 1:08cv61-MP/AK

**GAINESVILLE HOUSING
AUTHORITY, et al,**

    Defendants.

_____/

## O R D E R

This cause is before the Court upon referral from the Clerk of Court. Plaintiff, proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to her by the Clerk of Court.

As a secondary problem, Plaintiff has failed to complete the proper application for leave to proceed in forma pauperis and affidavit of financial status or pay the filing fee. The Clerk shall send the form motion and affidavit, which must be completed in full, with the complaint form.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court is directed to forward to Plaintiff two (2) § 1983 complaint forms for non-prisoners, as well as a form motion for leave to proceed IFP and an Affidavit of Financial Status.

2. Plaintiff shall have until **May 7, 2008**, to file an amended complaint on the proper forms, and either: (1) file a motion for IFP with financial affidavit, or (2) pay the full $350.00 filing fee.

4. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  **23**$^{rd}$  day of April, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**