**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**PETE MCMANUS,**

    **Plaintiff,**

vs.                                                            **CASE NO. 1:08cv61-MP/AK**

**GAINESVILLE HOUSING
AUTHORITY, et al,**

    **Defendants.**

    _____/

**O R D E R**

    This cause is before the Court upon referral from the Clerk of Court.  Plaintiff, proceeding *pro se*, has filed an amended civil rights complaint under 42 U.S.C. § 1983 on the proper forms, but has not completed and filed the proper application for leave to proceed in forma pauperis and affidavit of financial status or pay the filing fee.  The Clerk shall send the form motion and affidavit one more time, which must be completed in full, or Plaintiff will not be able to proceed.

    Accordingly, it is

    **ORDERED:**

    1.  The Clerk of Court is directed to forward to Plaintiff a form motion for leave to proceed IFP and an Affidavit of Financial Status for non-prisoners.

    2.  Plaintiff shall have until **May 23, 2008**, to file (1) file a motion for IFP with financial affidavit, or (2) pay the full $350.00 filing fee.

4.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  **13th**  day of May, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**