IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PETE MCMANUS,**

    **Plaintiff,**

vs.    CASE NO. 1:08CV61MP/AK

**GAINESVILLE HOUSING
AUTHORITY, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff has brought another cause of action against the same Defendants asserting similar claims. (See Case No. 1:08cv110). It was explained in a previous order that two similar cases should not proceed, that the other complaint had been served, and Plaintiff should likely dismiss the present action or explain why these cases should proceed separately. (Doc. 12). Plaintiff did not respond.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Plaintiff has failed to comply with an order of this Court and explain why the

present case should proceed, and it will be assumed that he does not intend to prosecute this cause of action.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **21st**  day of October, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:08CV61-MP/AK