IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                                               CASE NO. 1:08-cv-00061-MP-AK

GAINESVILLE HOUSING
AUTHORITY, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute. The Report and Recommendation was filed on Tuesday, October 21, 2008. Plaintiff has been provided a copy of the Report and has been afforded an opportunity to file objections. Plaintiff has not filed any objection, however, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that this case should be dismissed for failure to prosecute. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 13, is adopted and incorporated herein.

    2.    Plaintiff's Second Amended Complaint, Doc. 11, is DISMISSED with prejudice, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this   *21st*   day of November, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge